STATE OF CONNECTICUT *v.* EDWARD JEVARJIAN

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 331 (AC 30485), is granted, limited to the following issue:

"Whether the Appellate Court properly determined that the judge issuing a search warrant made a scrivener's error as to the time of execution?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18728.

*Frank J. Riccio* and *Lisa J. Steele*, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided January 4, 2011

DALE J. HOGAN ET AL. *v.* TERESA B. LAGOSZ

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 602 (AC 30545), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Jonathan M. Starble*, in support of the petition.

*Kevin M. O'Brien* and *Neil E. Atlas*, in opposition.

Decided January 4, 2011